# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1164

_____

Byron Spears,                                    *
                                                 *
              Appellant,                         *
                                                 *    Appeal from the United States
       v.                                        *    District Court for the
                                                 *    Western District of Missouri.
United States of America,                        *
                                                 *         [UNPUBLISHED]
              Appellee.                           *

_____

Submitted: October 19, 2005
Filed: October 26, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

       Byron Spears appeals the district court's[1] judgment denying his 28 U.S.C.
§ 2255 motion to vacate his sentence. The sole issue presented--whether United
States v. Booker, 125 S. Ct. 738 (2005), is retroactively applicable to final
convictions on collateral review--has been resolved, and Spears's section 2255
motion is foreclosed. See Never Misses A Shot v. United States, 413 F.3d 781, 783-
84 (8th Cir. 2005) (per curiam). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

       [1]The Honorable Nanette K. Laughrey, United States District Judge for the
Western District of Missouri.